## STATEMENT OF OPERATION
## 38-36 Greenville Ave L.L.C.
## 1/1/2016-3/24/2016

| **INCOME** | |
|---|---|
| Rental Income | 7,175.00 |
| | |
| **OPERATING EXPENSES** | |
| Advertising | |
| Auto and Truck Expense | |
| Repairs and Maintenance | |
| Insurance | 3,820.00 |
| Utilities | 710.00 |
| Taxes | 2,852.00 |
| Rent Registration | 60.00 |
| Postage and Telephone | |
| Legal Fees | 4,500.00 (Appeal) |
| Depreciation | 3,908.25 |
| | |
| **REORGANIZATION ITEMS** | |
| Professional Fees | 3,000.00 |
| Court Filling Fees | 1,717.00 |
| | |
| **TOTAL NET PROFIT (LOSS)** | **-13,392.25** |