UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------x
Kevin Kerveng Tung, P.C.
136-20 38th Ave, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Attn: Kevin K. Tung, Esq. (KT1478)
Attorneys for Debtor
---------------------------------------------------------------x
In re:

                                                      Case No. 16-15598-SLM

38-36 GREENVILLE AVE LLC              Chapter 11

         Debtor.
---------------------------------------------------------------x

## LIST OF ALL CREDITORS

Armando F. Flores
Attn: Zavodnick, Perlmutter & Boccia, LLC
26 Journal Square, Ste 1101
Jersey City, NJ 07306

Melinda Flores
Attn: Zavodnick, Perlmutter & Boccia, LLC
26 Journal Square, Ste 1101
Jersey City, NJ 07306


Dated: Jersey City, NJ                          By: /s/ Lingyan Quan
       April 1, 2016                                Lingyan Quan, President