UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------x
Kevin Kerveng Tung, P.C.
136-20 38th Ave, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Attn: Kevin K. Tung, Esq. (KT1478)
Attorneys for Debtor
----------------------------------------------------------------x
In re:

                                                                                                       Case No. 16-15598-SLM

38-36 GREENVILLE AVE LLC                        Chapter 11

        Debtor.
----------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

    Lingyan Quan                                    100% Ownership
    59 Ferry St
    Jerrsey City, NJ 07307


Dated: Jersey City, NJ                        By:  /s/ Lingyan Quan
       April 1, 2016                              Lingyan Quan, President