UNITED STATES BANKRUPTCY COURT
__________ DISTRICT OF NJ

In re 38-36 Greenville Ave. LLC
Debtor

Case No. 16-15598

INITIAL MONTHLY OPERATING REPORT
(SINGLE ASSET REAL ESTATE CASES)

**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief**

**Substitute FORM IR-1 (RE) for IR-1 if case is a Single Asset Real Estate Case.**
Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached | |
|---|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | ✓ | | |
| Certificates of Insurance: | | | |
| Workers Compensation | | ✓ | No workers |
| Property | | ✓ | provided |
| General Liability | | ✓ | provided |
| Vehicle | | ✓ | No vechicle |
| Other:__________ | | | |
| Evidence of Debtor in Possession Bank Accounts | | | |
| Tax Escrow Account | | | |
| General Operating Account | | | |
| Other:__________ | | | |
| Other: | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

__________________________
Signature of Debtor

__________________________
Date

__________________________
Signature of Joint Debtor

__________________________
Date

[signature]
Signature of Authorized Individual*

5/18/16
Date

Ling Yan Quan
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR (RE)
(9/99)

In re 38-36 Greenville Ave LLC
Debtor

Case No 16-15598
Reporting Period

CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: Jun 1, 2016 through May 31, 2017
(Single Asset Real Estate Case)

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief Amended or updated projections should be filed as necessary

| | 2016 Month | Month | Month | Month | Month | Month | Month | 2017 Month | Month | Month | Month | Month | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jun | Jul | Aug. | Sep. | Oct. | Nov. | Dec. | Jan | Feb | Mar | Apr. | May. | |
| **INCOME** | | | | | | | | | | | | | |
| Rental Income | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050 | 60600.- |
| Additional Rental Income | | | | | | | | | | | | | |
| CAM Income | | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | | |
| Total Income | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 5050.- | 60600.- |
| **EXPENSES** | | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | | |
| Auto Expense | | | | | | | | | | | | | |
| Cleaning & Maintenance | | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | | |
| Insurance | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 3820.- |
| Management Fees | | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | | |
| Taxes - Real Estate | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 11223.- |
| Travel and Entertainment | | | | | | | | | | | | | |
| Utilities | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 3605.- |
| Other: (List Below) | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total Expenses | 1554.- | 1554.- | 1554.- | 1554.- | 1554.- | 1554.- | 1554.- | 1554.- | 1554.- | 1554.- | 1554.- | 1554.- | 18648.- |
| Debt Service | | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | | |
| U. S. Trustee Fees | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 1300.- |
| Court Costs | | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | | |
| NET CASH FLOW | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 40652.- |

FORM IR-1
(9/99)

Exhibit B

_______ DISTRICT OF NJ

In re 38-36 Greenville Ave. LLC

Case No. 16-15598
Reporting Period: 3/24/16 - 4/30/16

# MONTHLY OPERATING REPORT
(SINGLE ASSET REAL ESTATE CASE)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

[signature] _______________ Date _______________
Signature of Debtor

_______________ Date _______________
Signature of Joint Debtor

[signature] _______________ Date 5/18/16
Signature of Authorized Individual*

Ling Yan Quan
Printed Name of Authorized Individual

5/18 Manager
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (RE)
(9/99)

In re 38-36 Greenvill Ave LLC
Debtor

Case No. 16 - 15598
Reporting Period: 3/24/16 - 4/30/16

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 6435.91 | 0 | 0 | 0 | 6435.91 | 8327.81 | 6435.91 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 3950.- | | | | 3950.- | 5050.- | 3950.- | |
| ACCOUNTS RECEIVABLE | 7670.- | | | | 7670.- | | 7670.- | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | 11620.- | | | | 11620.- | 5050.- | 11620.- | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) Water | 820.10 | | | | 820.10 | 820.10 | 820.10 | |
| State Fee | 834.- | | | | 834.- | 834.- | 834.- | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| City Fee | 80.- | | | | 80.- | 80.- | 80.- | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | 325.- | | | | 325.- | 325.- | 325.- | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 2059.10 | | | | 2059.10 | 2059.10 | 2059.10 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 9560.90 | | | | 9560.90 | 9560.90 | 9560.90 | |
| CASH - END OF MONTH | 8327.81 | | | | 8327.81 | | 8327.81 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ 2059.10 |
| LESS TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ 0 |
| PLUS ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 2059.10 |

In re 38-36 Greeville Ave. LLC
Debtor

Case No. 16-15598
Reporting Period: 3/24 - 4/30/16

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| None | | none | | | | | | | none |

FORM MOR-1b
(04/07)

5

In re 38-36 Greenville Ave. LLC
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

3/24 – 4/30/16

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 4495.- | |
| + Amounts billed during the period | 4495.- | |
| - Amounts collected during the period | 0 | |
| Total Accounts Receivable at the end of the reporting period | 7670.- | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | 2200.- | |
| 31 - 60 days old | 1950.- | |
| 61 - 90 days old | 2850.- | |
| 91+ days old | 670.- | |
| Total Accounts Receivable | 7670.- | |
| Amount considered uncollectible (Bad Debt) | — | |
| Accounts Receivable (Net) | 7670.- | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

# Wells Fargo Business Choice Checking

Account number: [redacted]4040 ■ April 26, 2016 - April 30, 2016 ■ Page 1 of 4




38-36 GREENVILLE AVENUE LLC
DEBTOR IN POSSESSION
CH 11 CASE # 16-15598 (NJ)
38 GREENVILLE AVE # 36
JERSEY CITY NJ 07305-2628

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/26 | $0.00 |
| Deposits/Credits | 10,385.91 |
| Withdrawals/Debits | - 950.10 |
| **Ending balance on 4/30** | **$9,435.81** |
| Average ledger balance this period | $9,867.81 |

Account number: [redacted]**4040**
**38-36 GREENVILLE AVENUE LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-15598 (NJ)**
*New Jersey account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 021200025
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Sheet Seq = 0041948
Sheet 00001 of 00002




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/26 | | Checking Opening Deposit | 6,435.91 | | |
| 4/26 | | Deposit Made In A Branch/Store | 3,950.00 | | 10,385.91 |
| 4/27 | | Withdrawal Made In A Branch/Store | | 80.00 | 10,305.91 |
| 4/28 | | NJ Car100 Pmt NJ Cbtar P 091000018047442 Txp*B0600322769*02409*161231*T*5000*****38-3\ | | 50.00 | |
| 4/28 | | Check | | 480.26 | 9,775.65 |
| 4/29 | | Check | | 339.84 | 9,435.81 |
| **Ending balance on 4/30** | | | | | **9,435.81** |
| **Totals** | | | **$10,385.91** | **$950.10** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 4/29 | 339.84 | | 4/28 | 480.26 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

Fee period 04/26/2016 - 04/30/2016 Standard monthly service fee $14.00 You paid $0.00

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $9,868.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
| - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

WX/WX




## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 6,400 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 11 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

Overdraft Fee Waiver Clarification: We will waive any overdraft fees if both your ending daily account balance (posted balance) and your available balance (which includes pending transactions) are overdrawn by $5 or less and there are no items returned for insufficient funds at the end of our nightly processing. This fee waiver is associated with the total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance. To find out more about online banking tools that Wells Fargo offers to help you manage and track your spending, visit wellsfargo.com/biz/online_banking. For additional information, see your Account Agreement, speak with a local banker, or call the phone number on the top of your statement.




## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . $ 9435.81

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ____
$ ____
$ ____
+ $ ____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ —

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ —

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ 1108.–

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . $ 8327.81

| Number | Items Outstanding | Amount |
|---|---|---|
| | State Fee | 783.– |
| | trustee Fee | 325.– |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | 1108.– |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801