UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kevin Kerveng Tung, P.C.
136-20 38th Ave, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Attn: Kevin K. Tung, Esq. (KT1478)
*Attorneys for the Debtor and Debtor in Possession*

In re:

38-36 Greenville Ave L.L.C.,

Debtor.

Chapter: 11
Case No. 16-15598-slm

# FIRST STATUS REPORT

TO THE HONORABLE STACEY L. MEISEL,
UNITED STATES BANKRUPTCY JUDGE:

    38-36 GREENVILLE AVE, LLC, (the "Debtor"), as a debtor and debtor in possession herein, through its attorneys, Kevin Kerveng Tung, P.C., hereby submits this first status report updating the status of the instant petition. The Debtor respectfully states that:

    1.    On March 24, 2016 (the "Petition Date"), the Debtor filed with the United States Bankruptcy Court for the District of New Jersey (the "Court") a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

    2.    On May 4, 2016, a 341(a) hearing was held at 10:00 AM at Suite 1401, One Newark Center, Newark, New Jersey.

    3.    On May 3, 2016, the Debtor filed Motion for Relief From Stay to allow it to proceed with an appeal. On May 24, 2016, counsel for the creditors Armando F. & Melinda Flores filed a Cross-Motion to lift the automatic stay from foreclosure. At the same time, an initial conference was held at the Courtroom 3A before the Honorable Stacey L. Meisel. Parties

were referred for mediation as a result of the conference.

4. On June 17, 2016, a Mediation Order was entered and mediator Mark Hall is added to the case. Mediation meeting is scheduled to be on September 7, 2016 at 10:00 a.m.

5. Hearings for both parties' motions are rescheduled from August 9, 2016 to September 20, 2016 at 2:30 p.m.

6. A copy of this report has been provided to the United States Trustee.

Dated:   August 5, 2016
         Queens, New York

                                        38-36 GREENVILLE AVE, LLC
                                        Debtor and Debtor-in-Possession
                                        By its Counsel
                                        KEVIN KERVENG TUNG, P.C.

                                        By: /s/ Kevin K. Tung
                                            KEVIN K. TUNG