## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ___NJ___

In re 3.8-36 Greenville Ave. LLC          Case No. 16-15598
_____
Debtor

### INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Attached | Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | ✓ | |
| Certificates of Insurance: | | |
|   Workers Compensation | | ✓ |
|   Property | | ✓ |
|   General Liability | | ✓ |
|   Vehicle | | ✓ |
|   Other: | | |
|   Identify areas of self-insurance w/liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|   Tax Escrow Account | | |
|   General Operating Account | | |
|   Money Market Account pursuant to Local Rule 4001-3 for the | | |
|   District of Delaware only.  Refer to: | | |
|   http://www.deb.uscourts.gov/ | | |
|   Other: | | |
| Retainers Paid (Form IR-2) | | |

*(handwritten, right margin:)* No workers provided / provided / provided / no vehicle

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                      Date


_____          _____
Signature of Joint Debtor                                Date

Ling Yang          8/18/16
_____          _____
Signature of Authorized Individual*               Date

Ling Yan Guan          Manager
_____          _____
Printed Name of Authorized Individual          Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

In re: 38-36 Greenville Ave. LLC
**Debtor**

Case No. 16 - 15598
Reporting Period: 7/1/16 - 7/31/16

## CASH FLOW PROJECTION FOR THE PERIOD Sep. 2016 THROUGH Aug. 2017

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: 38-36 Greenville Ave. LLC Jersey City NJ 07307
Square Footage: 4500 SF²

| | MONTH SEP. 2016 | MONTH OCT. | MONTH NOV. | MONTH DEC. | MONTH JAN. 2017 | MONTH FEB. | MONTH MAR. | MONTH APR. | MONTH MAY. | MONTH JUN. | MONTH JUL. | MONTH AUG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- | 5050- |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 | 318.33 |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 | 935.25 |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 | 300.42 |
| Other (attach schedule) | | | | | | | | | | | | |
| Total Expenses | 1554- | 1554- | 1554- | 1554- | 1554- | 1554- | 1554- | 1554- | 1554- | 1554- | 1554- | 1554- |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 | 108.33 |
| Court Costs | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 | 3387.67 |

3

UNITED STATES BANKRUPTCY COURT

DISTRICT OF _N J_

In re _38-36 Greenville Ave. LLC_

Debtor

Case No. _16-15598_

Reporting Period: _7.1.16 ~ 7.31.16_

Federal Tax I.D. # _81-0883290_

### SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | | ✓ | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | ✓ | |
| Summary of Unpaid Post-petition Debts | | | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | | | |
| Payments to Insiders and Professional | | | |
| Post Petition Status of Secured Notes, Leases Payable | | | |
| Cash Flow Projection | | ✓ | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _Ling Yanku_          Date _8/18/16_

Signature of Authorized Individual* _Ling Yanku_          Date _8/18/16_

Printed Name of Authorized Individual _Ling Yan Wilcox_          Date _8/18/16_

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re _38-36 Greenville Ave. LLC_  
Debtor

Case No. _16 - 15598_  
Reporting Period: _7/1/16 - 7/31/16_

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| ACCOUNT NUMBER (LAST 4) | | | | |
| **CASH BEGINNING OF MONTH** | 15905.80 | | | 15905.80 |
| **RECEIPTS** | 4525.- | | | 4525.- |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | 8255.- | | | 8255.- |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| TOTAL RECEIPTS | 12780.- | | | 12780.- |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER *(ATTACH LIST)* utilities | 770.07 | | | 770.07 |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | 1000.- | | | 1000.- |
| U.S. TRUSTEE QUARTERLY FEES | 325.- | | | 325.- |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | 2095.07 | | | 2095.07 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | 10684.93 | | | 10684.93 |
| CASH – END OF MONTH | 18335.73 | | | 18335.73 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |

List of utilities

| | |
|---|---|
| P SE+G | 19.77 |
| Water + Sewer | 335.15 |
| Water Sewer | 45.15 |
| Total | 770.07 |

In re 38-36 Greenville Ave. LLC.
Debtor

Case No. 16-15598
Reporting Period: 7/1/16 — 7/31/16

# SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Date of Order Authorizing Payment | Amount Approved | Payor | ... | ... | ... | ... | ... | ... | Total Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Tarrek Prop (Capital Cost) | 7/16 - Bills | | 38-36 Greenville Ave LLC | | | | | | | 100.- |
| Rigo Kingschifton Service LLC (Capital Cost) | 7/16 - Bills | | 38-36 Greenville Ave LLC | | | | | | | 4887.30 |
| Riker Danzig Scherer Hyland + Perretti LLP | | | 38-36 Greenville Ave LLC | | | | | | | 7000.- |

FORM MOR-1b
(80/07)

7

In re: 38-36 Greenville Ave LLC

Debtor

Case No. 16-15598

Reporting Period: 7/1/16 — 7/31/16

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt (list creditor) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | 0 | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

in re ___38-36 Greenville Ave LLC___
                    Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING    7/1/16 - 7/31/16

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 7730.- |
| – Amounts billed during the period | 5050.- |
| - Amounts collected during the period | 4525.- |
| Total Accounts Receivable at the end of the reporting period | 8255.- |
| | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 3025.- |
| 31 - 60 days old | 3025.- |
| 61 - 90 days old | 1925.- |
| 91÷ days old | 280.- |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | — |
| Accounts Receivable (Net) | 8255.- |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | - | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

FORM MOR-5

9

# Wells Fargo Business Choice Checking

Account number:    ███████4040    ▪    July 1, 2016 - July 31, 2016    ▪    Page 9 of 12



*8/16/16* ✓

019886 1 AV 0.376 1550976

38-36 GREENVILLE AVENUE LLC
DEBTOR IN POSSESSION
CH 11 CASE # 16-15598 (NJ)
59 FERRY ST
JERSEY CITY NJ 07307-2307

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $15,905.80 |
| Deposits/Credits | 4,525.00 |
| Withdrawals/Debits | - 1,095.37 |
| **Ending balance on 7/31** | **$19,335.43** |
| Average ledger balance this period | $17,358.59 |

Account number:    ███████4040

**38-36 GREENVILLE AVENUE LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-15598 (NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Deposit Made In A Branch/Store | 925.00 | | 16,830.80 |
| 7/8 | 1003 | Check | | 335.15 ✓ | |
| 7/8 | 1002 | Check | | 415.45 ✓ | 16,080.20 |
| 7/12 | | Deposit Made In A Branch/Store | 1,250.00 | | 17,330.20 |
| 7/25 | 1005 | Check | | 325.00 ↲ | 17,005.20 |
| 7/27 | | Deposit Made In A Branch/Store | 2,350.00 | | 19,335.43 |
| 7/27 | ^1006 | Pseg Checkpaymt 160727 01006 | | 19.77 ✓ | 19,335.43 |
| Ending balance on 7/31 | | | | | 19,335.43 |
| **Totals** | | | **$4,525.00** | **$1,095.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1002 | 7/8 | 415.45 | 1005 * | 7/25 | 325.00 | 1006 | 7/27 | 19.77 |
| 1003 | 7/8 | 335.15 | | | | | | |

* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2016 - 07/31/2016 | Standard monthly service fee $14.00 | | You paid $0.00 | |
|---|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | | This fee period | |
| Have any **ONE** of the following account requirements | | | | |
| · Average ledger balance | $7,500.00 | | $17,359.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | | 0 | ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | | 0 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | | |
| - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | | | |
| - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

093836





## General statement policies for Wells Fargo Bank

☒ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ 19335.43

**ADD**

B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ 19335.43

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ 1000.-

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ 18335.43

| Number | Items Outstanding | Amount |
|---|---|---|
| LR 1004 | Riper, Danzig Sherer HyLan & Perretti LLP | 1000.- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ | 1000.- |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801





## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,000 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 11 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

DCDP21JTGK 019888  NNNNNNNNNN NNN NNN 002 002 347 093887   116138532