|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Michael E. Holt<br>mholt@formanlaw.com |  |
| In Re:<br><br>38-36 GREENVILLE AVE., LLC<br><br>                    Debtor. | Chapter:    7<br><br>Case No.:  16-15598 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>Hearing Date:  August 22, 2017<br>Hearing Time:  10:00 a.m. |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING PUBLIC SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS <u>AND</u> <u>INTERESTS AND GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that on August 22, 2017 at 10:00 a.m. or as soon thereafter as counsel may be heard, Charles M. Forman, chapter 7 trustee (the "Trustee") for 38-36 Greenville Ave., LLC (the "Debtor"), shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order authorizing public sale of real property free and clear of all liens, claims and interests and granting related relief.

**PLEASE TAKE FURTHER NOTICE** that in support of the Trustee's motion, the undersigned shall rely on the certification of Charles M. Forman, the chapter 7 trustee and memorandum of law submitted herewith.

00703722 - 1

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2(a)(2)(i), responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey, 07101-1352, and served upon Forman Holt, attorneys for the Trustee, Attn: Michael E. Holt, Esq., 66 Route 17 North, First Floor, Paramus, NJ 07652, no later than seven days prior to the return date of the within motion.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

                                                    FORMAN HOLT
                                                    Attorneys for Trustee

Dated: July 31, 2017                           */s/ Michael E. Holt*
                                                    Michael E. Holt