UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  

38-36 GREENVILLE AVE, LLC

Case No.:  16-15598(SLM)
Chapter 7
Honorable Stacey L. Meisel

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Charles M. Forman, chapter 7 trustee in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

ADDRESS OF THE CLERK:   United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Third Floor
PO Box 1352
Newark, NJ  07101-1352

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, on June 19, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A.  If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**  Armando and Melinda Flores (the "Floreses") filed Proof of Claim No. 2 and Proof of Claim No. 3 in the amount of $1,849,137.62 each and asset secured claims in this matter based upon a judgment against the Debtor in the Superior Court of New Jersey.  The Trustee objects to the secured status asserted by the Floreses but does not object to the amount of their claim.

**Pertinent terms of settlement**:  Proof of Claim No. 2 filed by the Floreses will be disallowed as being a duplicate of Proof of Claim No. 3.  Proof of Claim No. 3 will be allowed as a general unsecured claim in the amount of $1,849,137.62.  The Trustee will make an interim distribution of $500,000 to the Floreses to be applied towards their unsecured claim but is without prejudice to their right to receive additional distributions on account of such claim.

Objections must be served on, and requests for additional information directed to:

*/s/ Michael E. Holt*
Michael E. Holt, Esq.
Forman Holt, 66 Route 17 North, First Floor, Paramus, New Jersey 07652
Tel:  201.845.1000 Email:  mholt@formanlaw.com

F0022184 - 1