UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Michael E. Holt
mholt@formanlaw.com

Order Filed on September 25, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

38-36 GREENVILLE AVE., LLC

                Debtor.

Chapter:  7

Case No.:  16-15598 (SLM)

Judge: Hon. Stacey L. Meisel

Hearing Date: ~~June 19, 2018~~ September 11, 2018

Hearing Time: 10:00 a.m.

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through three (3) be and hereby is **ORDERED**.

**DATED: September 25, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0022223 - 1

Page 2
Debtor:         38-36 Greenville Ave, LLC
Case No.:       16-15598(SLM)
Caption:        Order Approving Settlement

**THIS MATTER,** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of 38-36 Greenville Ave, LLC (the "Debtor"), through his attorneys, Forman Holt, for the entry of an order approving the settlement between and among the Trustee and Armando and Melinda Flores (the "Floreses") under Rule 9019(a) of the Federal Rules of Bankruptcy Procedure; and the court having considered the pleadings submitted and the arguments of counsel; and it appearing that good and sufficient notice of the proposed settlement having been provided to the Office of the United States Trustee, all creditors and other parties-in-interest; and for good cause shown; and for the reasons set forth on the record of the hearing; it is

**ORDERED AS FOLLOWS:**

1.      The settlement as memorialized in the Certification of Charles M. Forman filed in support of the motion to approve settlement (the "Settlement") is approved as set forth herein.

2.      Proof of Claim No. 2 filed by the Floreses is disallowed.

3.      Proof of Claim No. 3 filed by the Floreses is reclassified and allowed as a general unsecured claim in the amount of $1,849,137.62.

4.      The Trustee is authorized to make an interim distribution of $500,000 to the Floreses on account of Proof of Claim No. 3 within ten days of the date hereof to be applied towards the Floreses' allowed unsecured claim without prejudice to their right to share in any future distributions made by the Trustee on account of allowed unsecured claims in this chapter 7 case.

5.      The entry of this order is without prejudice to the Floreses' right to review and object to applications for compensation by the Trustee and his professionals for compensation by

F0022223 - 1

Page 3
Debtor:        38-36 Greenville Ave, LLC
Case No.:      16-15598(SLM)
Caption:       Order Approving Settlement

the Trustee and his professionals in this matter, other than compensation previously allowed to

the Trustee's auctioneer, Integrated Property Group Advisors, LLC d/b/a Auction Advisors [Doc.

No. 97].

F0022223 - 1