UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

Lingyan Quan
59 Ferry St
Jersey City, NJ 07307

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 AUG 23  P 2:08
JEANNE A. NAUGHTON
BY: _____ CLERK

In Re:
[Enter the debtor's name(s)]
38-36 Greenville Ave LLC

Case No.: 16-15598
[Enter the case number]

Chapter: 7
[Enter the chapter. Example: 13]

Hearing Date: 10/31/2023
[Enter the hearing date]

Judge: Meisel
[Enter the Judge's last name]

## NOTICE OF MOTION TO Return disgorged attorney fees to debtors principal
[Enter the relief sought]

Lingyan Quan _____ has filed papers with the court to [Enter the relief sought] Return disgorged attorney fees to debtors principal
[Enter your name]

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and **discuss them with your attorney,** if you have one in this bankruptcy case. (**If you do not have an** attorney, **you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 10/31/2023
[Enter the date of the hearing]

Hearing Time: 10AM
[Enter the time of the hearing]

Hearing Location: 50 Walnut St Newark, NJ 07102
[Enter the location of the hearing]

Courtroom Number: 3A
[Enter the courtroom number]

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Mitchell Perlmutter
*[Enter the trustee's name and address]*
26 Journal Sq suite 1102
Jersey City, NJ 07306

*[Enter the name and address of all other parties who will be affected by this motion]*

Michael Holt
365 W Passaic St suite 400
Rochelle Park, NJ 07662

David Gerardi
Office of US Trustee
One Newark Center
Newark, NJ 07102

Mitchell Hausman
Office of US Trustee
One Newark Center
Newark, NJ 07102

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __8/21/23__　　　　　　　　__[signature]__
*[Enter the date this document is signed]*　　　*Signature [Of the party seeking relief]*