UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

**Lingyan Quan**
**59 Ferry St**
**Jersey City, NJ 07307**

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 AUG 23 P 2: 08
JEANNE NAUGHTON
BY: _____ DEPUTY CLERK

In Re:
[Enter the debtor's name(s)]

**38-36 Greenville Ave LLC**

Case No.: **16-15598**
[Enter the case number]

Chapter: **7**
[Enter the chapter]

Hearing Date: **10/31/2023**
[Enter the hearing date]

Judge: **Meisel**
[Enter the judge's last name]

CERTIFICATION OF **Lingyan Quan**
[Enter the name of the person that has personal knowledge of the facts set forth below]

I, [Enter the name of the person that has personal knowledge of the facts set forth below] **Lingyan Quan**, [Enter their relationship to the case. For example: debtor, creditor] **Debtors principal** in the above captioned case, submits this Certification in support of the Motion for [Enter title of motion] **Motion to return** filed by me on [Enter the date the motion was filed] _____.

1. [Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separately numbered paragraph.] **Debtors Attorney Kevin Tung disgorged attorneys fees paid by me, Lingyan Quan.**

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Movant claim said disgorged funds, $19,400 under section 329(b)(2) of the Bankruptcy code and ask the court to return the funds to me.

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

I certify under penalty of perjury that the above is true.

Date: 8/21/23
[Enter the date this document is signed]

Signature: *[signed]*
[Of the party with actual knowledge of the facts set forth above]