UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

Lingyan Quan
59 Ferry St
Jersey City, NJ 07307

In Re:
*[Enter the debtor's name(s)]*
38-36 Greenville Ave LLC

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 AUG 23 P 2:09
JEANNE A. NAUGHTON
BY: _____ DEPUTY CLERK

Case No.: 16-15598
*[Enter the case number]*

Chapter: 7
*[Enter the chapter. Example: 13]*

Hearing Date: 10/31/2023
*[Enter the hearing date]*

Judge: Meisel
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 8/21/23
*[Enter date this document is signed]*

Signature: Lingyan Quan
*[Of party seeking relief]*