UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and phone number]

Lingyan Quan
59 Ferry St
Jersey City, NJ 07307

Case No.: **16-15598**
[Enter the case number]

Chapter: **7**
[Enter the chapter of the case]

Hearing Date: **10/31/2023**
[Enter the hearing date]

Judge: **Meisel**
[Enter the Judge's last name]

In Re:
[Enter the debtor's name(s)] **38-36 Greenville Ave LLC**

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 AUG 23 P 2:09
JEANNE NAUGHTON
BY: ___ CLERK

## CERTIFICATION OF SERVICE

1. I, **Lingyan Quan**:

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the **Debtors principal** in this case and am representing myself.

2. On [Enter the date you served the documents] **August 21, 2023** _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   [Place a check next to each document you served]

   ☒ Notice of Motion [Enter title of motion] _____

   ☒ Certification in Support of Motion [Enter title of motion] _____

☒ Statement as to Why No Brief is Necessary

☒ Proposed Order Granting Motion *[Enter title of motion]* _____

_____

☐ Other *[Enter title of document]* _____

_____

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ____8/24/23____   _____[signature]_____

*[Enter the date you signed this document]*    Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell Perlmutter<br>26 Journal Sq suite 1102<br>Jersey City, NJ 07306 | creditors Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Michael Holt<br>365 W Passaic St suite 400<br>Rochelle Park, NJ 07662 | trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| David Gerardi<br>Office of US Trustee<br>One Newark Center<br>Newark, NJ 07102 | trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Mitchell Hausman<br>Office of US Trustee<br>One Newark Center<br>Newark, NJ 07102 | trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |