UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

# Lingyan Quan
# 59 Ferry St
# Jersey City, NJ 07307

In Re:
*[Enter the debtor's name(s)]*

# 38-36 Greenville Ave LLC

Case No.: **16-15598**
*[Enter the case number]*

Chapter: **7**
*[Enter the case number]*

Hearing Date: **10/31/2023**
*[Enter the hearing date]*

Judge: **Meisel**
*[Enter the Judge's last name]*

ORDER GRANTING **Return of disgorged attorney fees to Debtors principal**
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is ORDERED.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* _____, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____