**ZAVODNICK, PERLMUTTER & BOCCIA, LLC**
COUNSELLORS AT LAW
26 JOURNAL SQUARE, SUITE 1102
JERSEY CITY, NEW JERSEY 07306
TELEPHONE 201-653-1155
FACSIMILE 201-653-0808

MITCHELL D. PERLMUTTER*                                                                                                 DAVID C. SHACHAT
JOSEPH G. BOCCIA                                                                                                    JOSEPH M. SZESKO

*Also Member of New York Bar

August 21, 2023

Honorable Stacey L. Meisel, U.S.B.C.
United States Bankruptcy Judge
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

**RE:  In Re: 38-36 Greenville Avenue LLC**
      **Case No: 16-15598-SLM**

Dear Judge Meisel:

Please consider this letter brief on behalf of the Flores creditors in opposition to the Motion to Vacate the Order Approving the Settlement putatively filed by Lingyan Quan.

Initially, I note that the copy of the motion that this office received is not signed. So, it is not clear who is responsible for filing this motion. The unsigned certification of the putative movant is in violation of the rules. *F.R.B.P.* 8013(C) requires an affidavit, which certainly implies that the certification should at least be signed. So, this motion should not be considered by the court.

It is difficult to discern the movant's legal argument as no brief was filed. It does appear that the movant is intent on showing that there was no final judgment as of the date of the oral argument of the Motion to Approve the

Settlement. That oral argument for that motion occurred on September 11, 2018. On November 16, 2015 a final judgment was entered the by the Superior Court of New Jersey, Hudson County after a multi-day jury trial. See Exhibit A, Order dated November 16, 2015. The movant appears to want to confuse this court by referring to a subsequent motion filed by debtor Robert Browning in 2021 for relief from the 2015 judgment that was denied by the court. See Exhibit B, Order dated September 21, 2021.

This motion is obviously frivolous and should be denied.

Respectfully submitted,

_____
MITCHELL D. PERLMUTTER

MDP/mf
Encls.

CC: Lingyan Quan