United States Bankruptcy Court

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, New Jersey 07102

RE: In Re: 38-36 Greenville Avenue LLC
Case No: 16-15598-SLM
Chapter 7
Judge: Stacey L. Meisel

## CERTIFICATION OF EXHIBITS

I, MITCHELL D. PERLMUTTER, ESQ., of full age certify that:

1. I am an attorney at law of the State of New Jersey and am entrusted with the handling of the within matter.

2. Attached as Exhibit A is a true copy of a Order signed by the Honorable Marybeth Rogers dated September 2, 2021.

3. Attached as Exhibit B is a true copy of the Order for Judgment executed by the Honorable Jeffrey R. Jablonski, J.S.C., on November 16, 2015.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
MITCHELL D. PERLMUTTER, ESQ.

Dated: August 22, 2023

**EXHIBIT A**

**Form C**

Name Robert Browning
NJ Attorney ID Number (if applicable) _____
Address 205 Bowers St
         Jersey City NJ 07307
Telephone Number 9089264357

Superior Court of New Jersey
Law Division
Hudson County

Armando F Flores & Melinda Flores
                            Plaintiff(s)
v.
Robert Browning & 38-36 Greenville
                            Defendant(s)

Docket Number HUD-L-003486-13

Civil Action

**Order**

This matter having been brought before the Court on Motion of (check one) ☐ plaintiff ☒ defendant for an Order (describe relief requested)

to vacate civil judgement

and the Court having considered the matter and for good cause appearing,

It is on this **2nd** day of **September**, 20 **21**, **ORDERED** as follows:

This motion is DENIED. Trial was held with with Hon. Jeffrey Jablonski, A.J.S.C. in 2015 and Defendant did not appeal that outcome.

FURTHER ORDERED that Defendant shall serve a copy of this Order upon all parties within 7 days.

*[signature]*

Hon. Marybeth Rogers , J.S.C.

☒ Opposed
☐ Unopposed

Oral argument was heard on 8/27/21 via Microsoft Teams.

# EXHIBIT B

FILED

NOV 16 2015

JEFFREY R. JABLONSKI, J.S.C.

ZAVODNICK, PERLMUTTER & BOCCIA, LLC
Mitchell D. Perlmutter, Esq. #022991993
26 JOURNAL SQUARE, SUITE 1101
JERSEY CITY, NEW JERSEY   07306
(201) 653-1155
Attorney for the Plaintiff.

| ARMANDO F. FLORES AND MELINDA FLORES, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION HUDSON COUNTY |
|---|---|
| Plaintiff(s), | DOCKET NUMBER HUD-L-003486-13 |
| vs. | CIVIL ACTION |
| ROBERT BROWNING, JOHN DOES - RICHARD ROES (A SERIES OF FICTITIOUS NAMES), 38-36 GREENVILLE AVENUE, L.L.C., ABC CORP. - XYZ CORP. (A SERIES OF FICTITIOUS NAMES), | ORDER FOR JUDGMENT |
| Defendant(s). | 22684-15 |

RECORDED AS A LIEN

This matter having come before this Court for a jury trial from October 26, 2015 to November 2, 2015, the Plaintiffs Armando Flores and Melinda Flores having been represented by Mitchell D. Perlmutter, Esq., Defendant 38-36 Greenville Avenue LLC having been represented by Kevin K. Tung, Esq., and Defendant Robert Browning representing himself pro se, and the jury having deliberated and reached a unanimous 6-0 verdict as to all claims in favor of the Plaintiffs and specifically as to the following issues presented in jury interrogatories: (1) Defendant Robert Browning did commit and assault and battery against Plaintiff Armando Flores on August 21, 2011; (2) Defendant Robert Browning was a principal, officer, employee or agent of Co-Defendant, 38-36 Greenville Avenue, LLC at the time of the assault; (3) Defendant Robert Browning was acting within the scope of his employment with 38-36 Greenville Avenue LLC when the incident occurred on August 21, 2011; (4) Greenville Avenue LLC did negligently hire, supervise or retain Co-Defendant Robert Browning; (5) Co-Defendant 38-36 Greenville Avenue LLC's negligent hiring, supervision or retention of Defendant Robert Browning was a proximate cause of the injuries suffered by the Plaintiff; (6) Plaintiff Armando Flores did not commit an assault and battery against the Defendant Robert Browning on August 21, 2011; and the jury having awarded damages to the Plaintiff Armando

Flores in the amount of $1,160,000.00 for Pain, Suffering, Disability, Impairment and Loss of Enjoyment of Life; $65,583.61 in past medical expenses; $35,352.52 in future medical expenses for a total of $1,260,936.13, and the jury having awarded $580,000.00 in damages to Plaintiff Melinda Flores for the loss of her spouse's services, society and consortium; and, the jury having further deliberated and awarding $500,000.00 in punitive damages as to Defendant Robert Browning,

It is on this _____ day of _November_ 2015;

ORDERED, that judgment be and hereby is entered against Robert Browning and 38-36 Greenville Avenue, LLC, jointly and severally on behalf of Plaintiff Armando Flores in the amount of $1,260,936.13, plus pre-judgment interest in the amount of $4,957.05 as pain and suffering and past medical expenses for a total judgment of $1,265,893.18; and it is further

ORDERED, that judgment be and hereby is entered Robert Browning and 38-36 Greenville Avenue, LLC, jointly and severally on behalf of Plaintiff Melinda Flores in the amount of $580,000.00 plus pre-judgment interest in the amount of $3,244.44 for a total judgment of $583,244.44; and it is further

ORDERED, that a judgment for punitive damages be and hereby is entered on behalf of the Plaintiffs against Defendant Robert Browning in the amount of $500,000.00 plus pre-judgment interest in the amount of $2,794.14 for a total judgment of $502,794.14; and it is further

ORDERED, that post-judgment interest shall accrue on this judgment; and it is further

ORDERED, that a copy of this order of judgment be served on all interested parties within 5 days of the entry of same.

*No opposition was received to the proposed form of order by active defendant.*

_____
JEFFREY R. JABLONSKI, J.S.C.    J.S.C.

Zavodnick, Perlmutter & Boccia, LLC
26 Journal Square, Suite 1102
Jersey City, New Jersey 07306

XRAYED

0710233569 C014

Honorable Stacey L. Meisel,
U.S.B.C.
United States Bankruptcy Judge
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102