UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 31, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

    38-36 Greenville Ave, LLC,

                Debtor.

| | |
|---|---|
| Case No.: | 16-15598-SLM |
| Chapter: | 7 |
| Hearing: | October 31, 2023 |
| Judge: | Stacey L. Meisel |

## ORDER DENYING MOTION TO RETURN DISGORGED ATTORNEY FEES TO DEBTOR'S PRINCIPAL WITH PREJUDICE

    The relief set forth on the following pages, two (2) through two (2), is **ORDERED**.

**DATED: October 31, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

| Debtor: | 38-36 Greenville Ave, LLC |
| Case No.: | 16-15598-SLM |
| Caption of Order: | Order Denying Motion to Return Disgorged Attorney Fees to Debtor's Principal with Prejudice |
| Page 2 of 2 | |

**THIS MATTER** having been brought before the Court by Lingyan Quan having filed a *Motion to Return Disgorged Attorney Fees to Debtor's Principal* (the "**Motion to Return Fees**") (ECF No. 198); and the Court having considered Charles M. Forman, the Chapter 7 Trustee's objection titled *Trustee's Objection to Motion to Return Disgorged Attorneys' Fees to Debtor's Principal* (ECF No. 208); and the Court having reviewed the pleadings; and having heard the parties' arguments; and for good cause shown; and for the reasons set forth on the record at the hearing on October 31, 2023.

It is hereby:

**ORDERED** that the *Motion to Return Fees* is denied with prejudice.