| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Charles M. Forman<br>cforman@formanlaw.com | |
| In Re:<br><br>38-36 GREENVILLE AVE., LLC<br><br>Debtor. | Chapter:  7<br><br>Case No.: 16-15598 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>Hearing Date: April 23, 2024<br>Hearing Time: at 10:00 a.m. |

### NOTICE OF MOTION IN SUPPORT OF APPLICATION TO DISALLOW PROOF OF CLAIM NUMBER 5 FILED BY LING YAN QUAN

**PLEASE TAKE NOTICE** that on April 23, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, Charles M. Forman, the chapter 7 trustee (the "Trustee") for 38-36 Greenville Ave, LLC (the "Debtor"), through his attorneys, Forman Holt, shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3A, Newark, New Jersey 07102, for entry of an Order disallowing proof of claim number 5 filed by Ling Yan Quan.

**PLEASE TAKE FURTHER NOTICE** that in support of the Trustee's motion, the undersigned shall rely on the application of Charles M. Forman, the chapter 7 trustee and the

F0212307 - 1

proposed order submitted herewith. The nature of the relief requested does not require that briefs be submitted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2(a)(2)(i), responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 and served upon Forman Holt, attorneys for the Trustee, Attn: Charles N. Forman, 365 W. Passaic Avenue, Suite 400, Rochelle Park, New Jersey 07662, no later than seven days prior to the return date of the within motion.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief sought may be granted without a hearing.

FORMAN HOLT
Attorneys for Trustee

By: /s/ *[signature]*
Charles M. Forman

Dated: March 26, 2024

F0212307 - 1