UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Charles M. Forman
cforman@formanlaw.com

In Re:

38-36 GREENVILLE AVE., LLC

                                    Debtor

Chapter 7

Case No. 16-15598 (SLM)

Hearing Date:  April 23, 2024
Hearing Time: at 10:00 a.m.

**APPLICATION OF CHARLES M. FORMAN, CHAPTER 7 TRUSTEE
DISALLOWING TO PROOF OF CLAIM NO. 5 SUBMITTED BY LING YAN QUAN**

TO:    THE HONORABLE STACEY L. MEISEL, U.S.B.J.

Formanlaw LLC d/b/a Forman Holt ("Applicant"), attorneys for Charles M. Forman, the

chapter 7 trustee (the "Trustee") for 38-36 Greenville Ave, LLC (the "Debtor"), files this

application for entry of an order disallowing Proof of Claim No. 5 submitted by Ling Yan Quan.

In support thereof, Applicant respectfully represents the following:

1.      On March 24, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code, 11 U.S.C §101, *et. seq.* (the "Bankruptcy

Code").

2.      On May 17, 2017, the Debtor's chapter case converted to chapter 7.

3.      On May 22, 2017, the Office of the United States Trustee appointed the Trustee as trustee of the Debtor's chapter 7 estate.

4.      I reviewed Proof of Claim No. 5 submitted by Ling Yan Quan in the amount of $7,466.83, copy enclosed for ease of reference and attached hereto as Exhibit A.

5.      In his Proof of Claim, Mr. Ling Yan Quan claims to be the "owner" of the Debtor, 38-26 Greenville, LLC.

6.      According to Mr. Quan's Proof of Claim he made some "payments on lien". It is possible that he meant to say "on line" and therefore did not have back up documents. If he meant "lien" it is unclear as to why that would entitle him to a claim against the Debtor's estate. He does not specify the nature of the lien nor the basis for the payment.

7.      Mr. Quan lists accounting consulting fees, transcripts, credit card interest, State registration fee, maintenance fees, PSE&G, post office fee, without providing any documentation other than one receipt which is in the amount of $27.07 which is for a Public Service Electric & Gas bill directed to Ling Yan Quan at 205 Bower Street, Jersey City, New Jersey. That is not the Debtor's address and would appear to be an electric bill for his benefit at another location or his personal residence or for some other purpose. It is unclear as to why said payments would be the basis for a claim against the estate.

8.      In addition to the itemized list of fees in paragraph No. 7, above, there are attached a list of scheduled professional fees and expenses paid including, $100.00 to Kevin Kerveng Tung for an appeal which would appear not to be for the benefit of the Debtor, but rather for the benefit of the shareholder or equity holder. There is also a reference to appeal costs to King Transcription Service. This also would appear to benefit the equity holder and not the Debtor. As an aside, then there's a reference to $1,000 for Riker, Danzig which is not included in the itemization of fees.

9.     Upon resolution of this claim issue, the Trustee would be in a position during the
next 30 to 60 days to submit the Trustee's final report.

WHEREFORE, Applicant respectfully requests entry of an order disallowing Claim
No. 5 filed by Ling Yan Quan and granting such other and further relief as is just and proper.

FORMAN HOLT
Attorneys for Trustee

By: /s/

Charles M. Forman

Dated: March _____, 2024

# EXHIBIT A

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM *No. 5* |
|---|---|---|

| Name of Debtor: *38-36 Greenville Ave. LLC* | Case Number: *16-15598* |
|---|---|

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 SEP 25 P 1: 37

JEANNE A. NAUGHTON
**COURT USE ONLY**

DEPUTY CLERK

**NOTE:** *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): *Duan, Ling Yan*

Name and address where notices should be sent: *Ling Yan Duan*
*59 Ferry St. Jersey City NJ 07307*

Telephone number: *2017137973*    email: *LingYanXiYu1@hotmail.com*

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $  *7466.83*

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**
(See instruction #2)    *See attachment*

| **3. Last four digits of any number by which creditor identifies debtor:** | **3a. Debtor may have scheduled account as:**<br><br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable**
**(when case was filed)**

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:**  $_____

**Amount Unsecured:**  $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)                                                                                                                2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:  *Some payments made on line*

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent.   ☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  *Ling Yan Duan*
Title:  *Owner*
Company:  *38-36 Greenville Ave. LLC*
Address and telephone number (if different from notice address above):

(Signature)  *Liz Yan Dun*          (Date)  *9/22/17*

Telephone number:          email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)

3

## DEFINITIONS

### Debtor
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

### Creditor
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

### Claim
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

### Proof of Claim
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

### Secured Claim Under 11 U.S.C. § 506 (a)
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

### Unsecured Claim
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

### Claim Entitled to Priority Under 11 U.S.C. § 507 (a)
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

### Redacted
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

### Evidence of Perfection
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

### Acknowledgment of Filing of Claim
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (                              ) for a small fee to view your filed proof of claim.

### Offers to Purchase a Claim
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

List of Fees

| | | |
|---|---|---|
| 3/16 | 85.⁻ | accountant consulting fee |
| 3/16 | 4881.³⁰ | transcript |
| 6/16 | 166.⁻ | LLC credit card interest |
| 3/17 | 12.⁵⁰ | state registration fee |
| 3/17 | 4.⁹⁶ | post office fee |
| 6/17 | 27.⁰⁷ | PSE&G |
| 6/17 | 750.⁻ | maintance fee |
| 7/17 | 750.⁻ | maintance fee |
| 8/17 | 750.⁻ | maintance fee |

Total 7466.⁸³

9/22/17

In re: 38-36 Greenville Ave. LLC
Debtor

Case No. 16-15598
Reporting Period: 4/1/17 — 4/30/17

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Kerven Esq (Appeal Cost) | X 16 - 3 Bills | 38-36 Greenville Ave LLC | | | | | | | | | 700.- |
| Kier Incorporation Service LLC (Appeal Cost) | Y/16 - 3 Bills | 38-36 Greenville Ave LLC | | | | | | | | | 4881.30 |
| Blakely Braxley Cohen Hyland + Parretti, LLP | | | | | | | | | | | 1000.- |

FORM MOR-1b
(04/07)

**For service at**
36 GREENVILLE AVE
JERSEY CITY NJ
07305-2628

**1 855-BIZ-PSEG (249-7734)**
**Emergencies 24 hours/7days**
Business customer service
7 AM - 5.30 PM Mon - Fri
Closed on weekend and Holidays

Visit our website
www.pseg.com

Inquiries by mail
PSE&G
PO Box 14444
New Brunswick NJ 08905-4444

**Important Dates**
Your payment
is due June 26, 2017

To make a payment from a credit
card log in to **My Account** at
pseg.com or call 1-866-575-6273

078054  000021261

LING YAN QUAN
205 BOWERS ST
JERSEY CITY NJ 07307-3625

## Account Summary

| | |
|---|---|
| PSE&G balance from last bill | $16.37 |
| Current PSE&G - Electric | 10.70 |
| **Total Amount Due On Jun 26, 2017** | **$27.07** |

**Electric bill reduction!** This bill reflects changes in the Supply and Delivery portions of your bill effective June 1, 2017. The change in the Supply portion of your bill is a result of the statewide supply auction that was approved by the BPU on February 10, 2017. The change in the Delivery portion of your bill is a result of a small increase to the Non-Utility Generation Charge. As a result of these changes, a typical residential customer who receives electric supply from PSE&G and uses 7,200 kilowatt-hours per year will see an annual decrease of $32.48 or 2.53%. Tariff information may also be found by visiting pseg.com/tariffs.

**At PSE&G, we are committed to supporting your business needs.** That's why we created a dedicated, toll-free phone number to address your energy questions and concerns. **PSE&G's Business Solutions Center** is available Monday-Friday, 7:00 a.m. 5:30 p.m. at **1-855-249-7734 (1-855-BIZ-PSEG).**

**Is your business' outdoor lighting unreliable or outdated?** Rely on PSE&G to meet your outdoor lighting needs. For more information, call **1-800-664-4761 (Option 3).** Some restrictions apply.

