| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Charles M. Forman<br>cforman@formanlaw.com | |
| In Re:<br><br>38-36 GREENVILLE AVE., LLC,<br><br>         Debtor. | Chapter 7<br>Case No. 16-15598 (SLM)<br>Judge:  Stacey L. Meisel<br><br>Hearing Date:  April 23, 2024<br>Hearing Time: 10:00 a.m. |

## CERTIFICATION OF SERVICE

1.  I, Tania Marienthal:

  ☐  represent the _____ in the above-captioned matter.

  ☒  am the legal assistant/paralegal for Charles M. Forman, who represents the Trustee in the above captioned matter.

  ☐  am the _____ in the above case and am representing myself.

2.  On March 26, 2024 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

 Notice of Motion in Support of Application to Disallow Proof of Claim Number 5 Filed by Ling Yan Quan;

 Application in Support of Motion; and

 Proposed form of Order

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  March 26, 2024            */s/Tania Marienthal*
                         Tania Marienthal

F0213583 - 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard,<br>Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Kevin K. Tung, Esq.<br>136-20 38th Avenue, Suite D<br>Flushing, NY 11354 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Ling Yan Quan<br>59 Ferry Street<br>Jersey City, NJ 07307 | Claimant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

F0213583 - 1