| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Charles M. Forman, Esq.<br>cforman@formanlaw.com | **Order Filed on April 29, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>38-36 GREENVILLE AVE., LLC<br><br>　　　　　　　　　　　　Debtor | Chapter 7<br><br>Case No. 16-15598(SLM)<br><br>Hearing Date: April 23, 2024<br>Hearing Time: at 10:00 a.m. |

### ORDER DISALLOWING PROOF OF CLAIM
### NUMBER 5 FILED BY LING YAN QUAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: April 29, 2024**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0212308 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | 38-36 Greenville Ave., LLC |
| Case No: | 16-15598(SLM) |
| Caption of Order: | Order Disallowing Proof of Claim Number 5 Filed by Ling Yan Quan |

**THIS MATTER** having been opened to the Court upon the Notice of Motion for entry of An Order objecting to Proof of Claim Number 5 and the court having considered the papers filed and ^no opposition having been filed ~~arguments presented~~; it is hereby

**ORDERED** that Proof of Claim Number 5 filed by Ling Yan Quan is disallowed.

F0212308 - 1