Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16–15598–SLM
                Chapter:  7
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   38–36 Greenville Ave LLC
   205 Bowers Street
   Jersey City, NJ 07307

Social Security No.:

Employer's Tax I.D. No.:
   81–0883290

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 3, 2025</u>　　　　　　<u>Stacey L. Meisel</u>
　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court