UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*
**Lingyan Quan**
**59 Ferry St,**
**Jersey City, NJ 07307**
**2019930255**

*No Fee*

| | |
|---|---|
| In Re:<br>*[Enter the debtor's name(s)]*<br><br>**38-36 Greenville Ave LLC** | Case No.:     **16-15598**<br>*[Enter the case number]*<br><br>Chapter:     **7**<br>*[Enter the chapter; example: 13]*<br><br>Hearing Date:     **11/18/2025**<br>*[Enter the hearing date]*<br><br>Judge:     **Meisel**<br>*[Enter the Judge's last name]* |

## NOTICE OF MOTION TO

### reopen bankruptcy case

*[Enter the relief sought]*_____

*[Enter your name]*___**Lingyan Quan**___ has filed papers with the court to *[Enter the relief sought]*___
**reopen bankruptcy case**
_____

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | **11/18/2025** |
| | *[Enter the date of the hearing]* |
| Hearing Time: | **10AM** |
| | *[Enter the time of the hearing]* |
| Hearing Location: | **50 Walnut St, 3rd Floor** |
| | *[Enter the location of the hearing]* |
| | **Newark. NJ 07102** |
| | |
| Courtroom Number: | **3A** |
| | *[Enter the courtroom number]* |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

**Charles M Forman**
**365 W Passaic St Suite 400**
**Rochelle Park, NJ 07662**

**Mitchell Perlmutter**
**26 Journal Sq Suite 1102**
**Jersey City, NJ 07306**

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _____**10/15/2025**_____
*[Enter the date this document is signed]*

_____**s/Lingyan Quan**_____
Signature *[Of the party seeking relief]*