UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

**Lingyan Quan**
**59 Ferry St**
**Jersey City, NJ 07307**

In Re:
*[Enter the debtor's name(s)]*

**38-36 Greenville Ave LLC**

Case No.: **16-15598**
*[Enter the case number]*

Chapter: **7**
*[Enter the chapter]*

Hearing Date: **11/18/2025**
*[Enter the hearing date]*

Judge: **Meisel**
*[Enter the judge's last name]*

CERTIFICATION OF _____ **Lingyan Quan** _____
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]*
_____ **Lingyan Quan** _____, *[Enter their relationship to the case. For example: debtor, creditor]* **debtors principal** in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* **reopen bankruptcy case** _____ filed by me on *[Enter the date the motion was filed]* **October 15, 2025** .

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* **I want to make a claim against the trustees surety provider under—- Fed. R. Bankr. P. 9025 & 11 U.S.C. § 322(d).**

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

I certify under penalty of perjury that the above is true.

Date: _____**10/15/2025**_____
*[Enter the date this document is signed]*

**s/Lingyan Quan**
Signature
*[Of the party with actual knowledge of the facts set forth above]*