UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

**Lingyan Quan**
**59 Ferry St**
**Jersey City, NJ 07307**
**2019930255**

In Re:
*[Enter the debtor's name(s)]*

**38-36 Greenville Ave LLC**

| | |
|---|---|
| Case No.: | **16-15598** |
| | *[Enter the case number]* |
| Chapter: | **7** |
| | *[Enter the chapter; example: 13]* |
| Hearing Date: | **11/18/2025** |
| | *[Enter the hearing date]* |
| Judge: | **Meisel** |
| | *[Enter the Judge's last name]* |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: ___**10/15/2025**___
*[Enter date this document is signed]*

___**s/Lingyan Quan**___
Signature *[Of party seeking relief]*