UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and phone number]

**Lingyan Quan**
**59 Ferry St**
**Jersey City, NJ 07307**
**2019930255**

Case No.: _____**16-15598**_____
[Enter the case number]

Chapter: _____**7**_____
[Enter the chapter of the case]

In Re:
[Enter the debtor's name(s)]

**38-36 Greenville Ave LLC**

Hearing Date: _____**11/18/2025**_____
[Enter the hearing date]

Judge: _____**Meisel**_____
[Enter the Judge's last name]

## CERTIFICATION OF SERVICE

1. I, _____**Lingyan Quan**_____ :

   ☒ represent ____**38-36 Greenville Ave LLC**____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On [Enter the date you served the documents] ____**October 15, 2025**____, I sent a copy of the

   following pleadings and/or documents to the parties listed in the chart below.

   [Place a check next to each document you served]

   ☒ Notice of Motion [Enter title of motion] **reopen case**_____

   ☒ Certification in Support of Motion [Enter title of motion] **reopen case**_____

   _____

☒ Statement as to Why No Brief is Necessary

☒ Proposed Order Granting Motion *[Enter title of motion]* __**reopen case**_____

_____

☐ Other *[Enter title of document]* _____

_____

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ____**10/15/2025**_____        ____**s/Lingyan Quan**_____
       *[Enter the date you signed this document]*        Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>**Charles M Forman**<br>**365 West Passaic St**<br>**Suite 400**<br>**Rochelle Park, NJ 07662** | *[Enter the party's relationship to the case]*<br><br>**trustee** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>**Mitchell Perlmutter**<br>**26 Journal Sq Suite 1102**<br>**Jersey City, NJ 070306** | *[Enter the party's relationship to the case]*<br><br>**creditors attorney** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |