UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and phone number]

**Lingyan Quan**
**59 Ferry St.**
**Jersey City, NJ 07307**
**2019930255**

| | |
|---|---|
| In Re:<br>[Enter the debtor's name(s)]<br><br>**38-36 Greenville Ave LLC** | Case No.:     **16-15598**<br>[Enter the case number]<br><br>Chapter:     **7**<br>[Enter the case number]<br><br>Hearing Date:     **11/18/2025**<br>[Enter the hearing date]<br><br>Judge:     **Meisel**<br>[Enter the Judge's last name] |

ORDER GRANTING _____ **reopen case** _____
[Enter the relief sought]

     The relief set forth on the following pages, numbered two (2) through *[enter the number of the la t page of this Order]* _____ is **ORDERED**.

[Leave the rest of this page blank]

The Court having reviewed the movant's *[Enter the title of the motion]*___ **reopen case** ___

_____, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____


2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____


3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____


4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____