Case 16-15598-SLM   Doc 235-5   Filed 10/17/25   Entered 10/17/25 16:06:26   Desc
Copy of Envelope   Page 1 of 1

Lingyan Quan
59 Ferry St.
Jersey City NJ 07307

**Retail**

U.S. POSTAGE PAID
FCM LETTER
NORTH BERGEN, NJ 07047
OCT 15, 2025

07102

**$1.07**

RDC 99

S2324H504804-10

Clerk of the New Jersey bankruptcy Court
50 Walnut St
Newark  NJ 07102

07102-355199