# FORMAN HOLT
## ATTORNEYS AT LAW

November 6, 2025

**Via ECF & Email**
Honorable Stacey L. Meisel
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Re:**   38-36 Greenville Ave, LLC
Case No. 16-15598 (SLM)

Motion to Reopen Case
Hearing Date: November 18, 2025, at 10:00 a.m.

Dear Judge Meisel:

This firm represented Charles M. Forman in his capacity as Trustee of the above-referenced chapter 7 Debtor's estate.  On October 17, 2025, Lingyan Quan, the sole member of the Debtor, filed a motion to reopen the Debtor's chapter 7 case [ECF No. 235].  The hearing on that motion might be scheduled for November 18, 2025, at 10:00 a.m., which would make November 11, 2025, the deadline for filing opposition under D.N.J. LBR 9013-2. However, on October 17, 2025, the Bankruptcy Court Clerk docketed a notice that Ms. Quan had not paid the required filing fee and that her failure to do so could result in the dismissal of her motion [Doc. No. 236].  There is no indication on the docket whether the filing fee has since been paid.

Ms. Quan's motion is entirely baseless and Mr. Forman is prepared to oppose it. However, we respectfully request that the Court advise whether the matter will be going forward in light of Ms. Quan's failure to pay the filing fee.

Mr. Forman also notes that the Honorable Christine M. Gravelle, Chief Judge of the U.S. Bankruptcy Court for the District of New Jersey, entered a general order on October 1, 2025, applicable to all proceedings in bankruptcy cases pending in the District of New Jersey, directing that all matters involving the United States of America, its agencies, or any other party represented by the Department of Justice, are suspended until the federal government is funded through congressional appropriation.  It is unknown to Mr. Forman whether the United States Trustee's Office would otherwise take a position regarding Ms. Quan's motion to reopen, or whether this matter should be held in abeyance pursuant to Judge Gravelle's general order.

Michael E. Holt
Member
mholt@formanlaw.com
201.857.7110

FORMANLAW LLC
www.formanlaw.com
365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662   T 201.845.1000
620 Fifth Avenue, Second Floor, New York, NY 10020   T 212.707.8500

{F0152422 - 1}

**FORMAN HOLT**

Honorable Stacey L. Meisel
November 6, 2025
Page 2


Mr. Forman remains ready to oppose the motion.  However, we respectfully request that the Court advise whether the matter is going forward so that we do not unnecessarily incur the costs of doing so if the matter will not be heard as scheduled.

Thank you for your consideration of this.

Respectfully,

Michael E. Holt
MEH:ka
cc:     Charles M. Forman, Esq. (via email)
        Lauren Bielskie, Esq., Acting Assistant U.S. Trustee  (via email)
        Ms. Lingyan Quan (via email & first-class mail)

4918-6734-5272, v. 1