UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

**Lingyan Quan**
**59 Ferry St**
**Jersey City, NJ 07307**

---

In Re:
*[Enter the debtor's name(s)]*

**38-36 Greenville Ave LLC**

Case No.: __**16-15598**__
*[Enter the case number]*

Chapter: __**7**__
*[Enter the chapter]*

Hearing Date: __**05/05/2026**__
*[Enter the hearing date]*

Judge: __**Meisel**__
*[Enter the judge's last name]*

**CERTIFICATION OF** ____**Lingyan Quan**____
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]*
_____**Lingyan Quan**_____, *[Enter their relationship to the case. For example: debtor, creditor]* ____**debtors principal**____ in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* __**reopen bankruptcy case**__ _____ filed by me on *[Enter the date the motion was filed]* __**March 30, 2026**__ .

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph]* **I want to make a claim against the trustees surety provider under—- Fed. R. Bankr. P. 9025 & 11 U.S.C. § 322(d).**

2. [Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]

The bankruptcy trustee sold the real estate property owned by the debtor without a final judgment from the Superior Court of New Jersey.

3. [Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]

The NJ Superior Court judgment in the matter of Flores v 38-36 Greenville Ave LLC & Browning was obtained by fraud. I informed the court in my objection to settlement filed on June 11, 2018, Docket number 113. Bankruptcy Trustee Charles M Forman did not catch the fraud and sold the debtors property without a final judgment from the Superior Court of New Jersey. Therein lies the breach of his fiduciary duty and the basis for my intended claim. One phone call to trial Judge Jeffrey Jablonski would have made all the difference in the world, one phone call that should have been made but wasn't.

4. [Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]

From the Bankruptcy hearing of May 6, 2017(the conversion hearing)———The Court— Because a Chapter 7 Trustee comes in, looks at the appeal, says yeah, I want to go forward with the appeal or, nay, this appeal has no merit and I'm going to liquidate the estate. Why shouldn't the Court put in someone to do that?......And a trustee were to come in, look at it, and says it's a good judgment, so I'm going to go ahead and sell so that I can pay this creditor that has those rights.........This Court believes that the appointment of a Chapter 7 Trustee, who is a neutral party and able to fully evaluate the merits of an appeal and/or the liquidation of this case for the benefit of the creditors...

5. [Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]

From the Bankruptcy Court Hearing of September 12, 2023—The Court—(in addressing Quan's motion to vacate settlement) Even if you were right that the judgment was still open, and it is not, because you don't have an appeal, you don't have a court changing its mind and vacating....You don't have a court vacating its decision in state court. You have nothing. In fact, you basically have been unsuccessful, when I say you, either you, the company or the co-defendants, every step of the way in state court.

On December 6, 2016 the Bankruptcy Court denied the debtor, 38-36 Greenville Ave LLC, relief from the automatic stay in order to appeal the New Jersey State Court decision. The signed order is on the following page.

I certify under penalty of perjury that the above is true.

Date: _____3/30/2026_____
[Enter the date this document is signed]

___s/Lingyan Quan___
Signature
[Of the party with actual knowledge of the facts set forth above]