UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

**Lingyan Quan**
**59 Ferry St**
**Jersey City, NJ 07307**
**2019930255**

In Re:
*[Enter the debtor's name(s)]*

**38-36 Greenville Ave LLC**

Case No.:      **16-15598**
*[Enter the case number]*

Chapter:      **7**
*[Enter the chapter; example: 13]*

Hearing Date:      **05/05/2026**
*[Enter the hearing date]*

Judge:      **Meisel**
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date:      **3/30/2026**
*[Enter date this document is signed]*

     **s/Lingyan Quan**
Signature *[Of party seeking relief]*