UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*
**Lingyan Quan**
**59 Ferry St**
**Jersey City, NJ 07307**
**2019930255**

In Re:
*[Enter the debtor's name(s)]*
**38-36 Greenville Ave LLC**

Case No.: **16-15598**
*[Enter the case number]*

Chapter: **7**
*[Enter the chapter of the case]*

Hearing Date: **05/05/2026**
*[Enter the hearing date]*

Judge: **Meisel**
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, **Lingyan Quan** :

   ☒ represent **38-36 Greenville Ave LLC** in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☒ am the **debtors sole member** in this case and am representing myself.

2. On *[Enter the date you served the documents]* **March 30, 2026** , I sent a copy of the
   following pleadings and/or documents to the parties listed in the chart below.
   *[Place a check next to each document you served]*

   ☒ Notice of Motion *[Enter title of motion]* **reopen case**

   ☒ Certification in Support of Motion *[Enter title of motion]* **reopen case**

[X] Statement as to Why No Brief is Necessary

[X] Proposed Order Granting Motion *[Enter title of motion]*   **reopen case**

_____

[ ] Other *[Enter title of document]* _____

_____

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   _____**3/30/2026**_____            _____**s/Lingyan Quan**_____
      *[Enter the date you signed this document]*      Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| *[Enter the name and address of the party you served]*<br><br>**Charles M Forman**<br>**365 West Passaic St**<br>**Suite 400**<br>**Rochelle Park, NJ 07662** | *[Enter the party's relationship to the case]*<br><br>**trustee** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>**Mitchell Perlmutter**<br>**26 Journal Sq Suite 1102**<br>**Jersey City, NJ 070306** | *[Enter the party's relationship to the case]*<br><br>**creditors attorney** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>**Lauren Bielskie**<br>**Acting Assistant United States Trustee**<br>**United States Department of Justice**<br>**Office of the United States Trustee**<br>**One Newark Center, Suite 2100**<br>**Newark, NJ 07102** | *[Enter the party's relationship to the case]*<br><br>**trustee** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |