UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and phone number]

**Lingyan Quan**
**59 Ferry St.**
**Jersey City, NJ 07307**
**2019930255**

| | |
|---|---|
| In Re:<br>[Enter the debtor's name(s)]<br><br>**38-36 Greenville Ave LLC** | Case No.:   **16-15598**<br>[Enter the case number]<br><br>Chapter:   **7**<br>[Enter the case number]<br><br>Hearing Date: **05/05/2026**<br>[Enter the hearing date]<br><br>Judge:   **Meisel**<br>[Enter the Judge's last name] |

**ORDER GRANTING** _____ **reopen case** _____
[Enter the relief sought]

The relief set forth on the following pages, numbered two (2) through [enter the number of the last page of this Order] _____ is **ORDERED**.

[Leave the rest of this page blank]

The Court having reviewed the movant's *[Enter the title of the motion]* **reopen case**

_____, and any related responses or objections, it is

hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____