UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Kevin Kerveng Tung, P.C.
136-20 38th Ave, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Attn: Kevin K. Tung, Esq. (KT1478)
Attorneys for Debtor

Order Filed on December 6,
2016 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

38-36 GREENVILLE AVE LLC.,

                    Debtor.

Case No.:          16-15598-SLM

Hearing Date:  11/29/2016 at 11:00 a.m.

Judge:          STACEY L. MEISEL

Chapter:              11

| Recommended Local Form: | ☒ Followed | ☐ Modified |
| --- | --- | --- |

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
GRANTING RELIEF FROM AUTOMATIC STAY AND
HOLDING THE BANKRUPTCY PROCEEDING IN ABEYANCE
PENDING THE APPEAL

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 6, 2016

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on _____May 03_____, 20 16 by
38-36 GREENVILLE AVE LLC_____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel on a hearing held on November 29,
2016 at 11:00 a.m., and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied without prejudice.


The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*Rev. 7/1/04; jml*