

0067   MON 03/30 06:41   6342466
UNITED STATES BANKRUPTCY COURT
50 WALNUT ST
FL 3
NEWARK NJ   07102-3551-99

**307-4504-AC**

ETP: 1   SP:AC:100:V
131835696395D000071020081824275 4027

0067   SUN
UNITED STA...
50 WALN...
FL 3
NEW...

Address Correction

Original Address:
50 WALNUT ST
FL 3
NEWA, NJ 07006

Corrected Address:
CLERK
UNITED STATES BANKRUPTCY COURT
50 WALNUT ST
FL 3
NEWARK, NJ 07102

FedEx Express

**E**

TUE – 31 MAR AA
EXPRESS SAVER
ISR
VAKA 07102
NJ-US
EWR

TRK# 8182 4275 4027
0215

**K1 NEWKG**

FedEx.

493745_26Mar2026_GNVA_58KG5/7NE5/4B4B



Reusable Sturd

Align bottom of peel-and