# ZAVODNICK, PERLMUTTER & BOCCIA, LLC

COUNSELLORS AT LAW
26 JOURNAL SQUARE, SUITE 1102
JERSEY CITY, NEW JERSEY 07306
TELEPHONE 201-653-1155
FACSIMILE 201-653-0808

MITCHELL D. PERLMUTTER*
JOSEPH G. BOCCIA

JOSEPH M. SZESKO
TIANNA N. WILLIAMS

*Also admitted to New York Bar

April 6, 2026

Honorable Stacey L. Meisel, U.S.B.C.
United States District Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

**In Re:      38-36 Greenville Avenue LLC
Case No: 16-15598-SLM**

Dear Judge Meisel:

Please accept this letter memorandum on behalf of Armando Flores (deceased) and Melinda Flores.

Movant Lingyan Quan has filed yet another frivolous proceeding concerning this matter. The underlying basis of the judgment is the November 2, 2015, judgment against debtor and Robert Browning. There is no fraud. I have attached my letter of August 21, 2023, certification and exhibits to this letter submitted for a prior motion, to be considered once again in regard to the present motion. There is more to the procedural history of movant's attempts, along with debtor Robert Browning, to dislodge the judgment. But all of these efforts are frivolous

and like the prior efforts, this motion should be denied. My

clients waive oral argument.

Respectfully,

MITCHELL D. PERLMUTTER

MDP/mf
Encls.

CC:   Lingyan Quan

## ZAVODNICK, PERLMUTTER & BOCCIA, LLC

COUNSELLORS AT LAW
26 JOURNAL SQUARE, SUITE 1102
JERSEY CITY, NEW JERSEY 07306
TELEPHONE 201-653-1155
FACSIMILE 201-653-0808

MITCHELL D. PERLMUTTER*
JOSEPH G. BOCCIA

*Also Member of New York Bar

DAVID C. SHACHAT
JOSEPH M. SZESKO

August 21, 2023

Honorable Stacey L. Meisel, U.S.B.C.
United States Bankruptcy Judge
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

RE:    In Re: 38-36 Greenville Avenue LLC
       Case No: 16-15598-SLM

Dear Judge Meisel:

Please consider this letter brief on behalf of the Flores creditors in opposition to the Motion to Vacate the Order Approving the Settlement putatively filed by Lingyan Quan.

Initially, I note that the copy of the motion that this office received is not signed. So, it is not clear who is responsible for filing this motion. The unsigned certification of the putative movant is in violation of the rules. *F.R.B.P.* 8013(C) requires an affidavit, which certainly implies that the certification should at least be signed. So, this motion should not be considered by the court.

It is difficult to discern the movant's legal argument as no brief was filed. It does appear that the movant is intent on showing that there was no final judgment as of the date of the oral argument of the Motion to Approve the

Settlement. That oral argument for that motion occurred on September 11, 2018. On November 16, 2015 a final judgment was entered the by the Superior Court of New Jersey, Hudson County after a multi-day jury trial. See Exhibit A, Order dated November 16, 2015. The movant appears to want to confuse this court by referring to a subsequent motion filed by debtor Robert Browning in 2021 for relief from the 2015 judgment that was denied by the court. See Exhibit B, Order dated September 21, 2021.

This motion is obviously frivolous and should be denied.

Respectfully submitted,

MITCHELL D. PERLMUTTER

MDP/mf
Encls.

CC: Lingyan Quan

United States Bankruptcy Court

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, New Jersey 07102

RE:   In Re: 38-36 Greenville Avenue LLC
      Case No: 16-15598-SLM
      Chapter 7
      Judge: Stacey L. Meisel

## CERTIFICATION OF EXHIBITS

I, MITCHELL D. PERLMUTTER, ESQ., of full age certify that:

1. I am an attorney at law of the State of New Jersey and am entrusted with the handling of the within matter.

2. Attached as Exhibit A is a true copy of a Order signed by the Honorable Marybeth Rogers dated September 2, 2021.

3. Attached as Exhibit B is a true copy of the Order for Judgment executed by the Honorable Jeffrey R. Jablonski, J.S.C., on November 16, 2015.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
MITCHELL D. PERLMUTTER, ESQ.

Dated: August 22, 2023

# EXHIBIT A

## Form C

Name Robert Browning
NJ Attorney ID Number (if applicable)
Address 205 Bowers St
    Jersey City NJ 07307
Telephone Number 9089264357

Superior Court of New Jersey
Law Division
Hudson County
Docket Number HUD-L-003486-13

Armando F Flores & Melinda Flores
                            Plaintiff(s)
v.
Robert Browning & 38-36 Greenville
                            Defendant(s)

Civil Action

Order

This matter having been brought before the Court on Motion of (check one) ☐ plaintiff ☑ defendant for an Order (describe relief requested)

to vacate civil judgement

and the Court having considered the matter and for good cause appearing,

It is on this 2nd day of September, 20 21, ORDERED as follows:

This motion is DENIED. Trial was held with with Hon. Jeffrey Jablonski, A.J.S.C. in 2015 and Defendant did not appeal that outcome.

FURTHER ORDERED that Defendant shall serve a copy of this Order upon all parties within 7 days.

_Marybeth Rogers_

_____
Hon. Marybeth Rogers , J.S.C.

☑ Opposed
☐ Unopposed

Oral argument was heard on 8/27/21 via Microsoft Teams.

Revised 11/2014, CN 10555

# EXHIBIT B

FILED

NOV 16 2015

JEFFREY R. JABLONSKI, J.S.C.

ZAVODNICK, PERLMUTTER & BOCCIA, LLC
Mitchell D. Perlmutter, Esq. #022991993
26 JOURNAL SQUARE, SUITE 1101
JERSEY CITY, NEW JERSEY 07306
(201) 653-1155
Attorney for the Plaintiff.

| ARMANDO F. FLORES AND MELINDA FLORES, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION HUDSON COUNTY |
|---|---|
| Plaintiff(s), | DOCKET NUMBER HUD-L-003486-13 |
| vs. | CIVIL ACTION |
| ROBERT BROWNING, JOHN DOES - RICHARD ROES (A SERIES OF FICTITIOUS NAMES), 38-36 GREENVILLE AVENUE, L.L.C., ABC CORP. - XYZ CORP. (A SERIES OF FICTITIOUS NAMES), | ORDER FOR JUDGMENT |
| Defendant(s). | 22684-15 |

This matter having come before this Court for a jury trial from October 26, 2015 to November 2, 2015, the Plaintiffs Armando Flores and Melinda Flores having been represented by Mitchell D. Perlmutter, Esq., Defendant 38-36 Greenville Avenue LLC having been represented by Kevin K. Tung, Esq., and Defendant Robert Browning representing himself pro se, and the jury having deliberated and reached a unanimous 6-0 verdict as to all claims in favor of the Plaintiffs and specifically as to the following issues presented in jury interrogatories; (1) Defendant Robert Browning did commit and assault and battery against Plaintiff Armando Flores on August 21, 2011; (2) Defendant Robert Browning was a principal, officer, employee or agent of Co-Defendant, 38-36 Greenville Avenue, LLC at the time of the assault; (3) Defendant Robert Browning was acting within the scope of his employment with 38-36 Greenville Avenue LLC when the incident occurred on August 21, 2011; (4) Greenville Avenue LLC did negligently hire, supervise or retain Co-Defendant Robert Browning; (5) Co-Defendant 38-36 Greenville Avenue LLC's negligent hiring, supervision or retention of Defendant Robert Browning was a proximate cause of the injuries suffered by the Plaintiff; (6) Plaintiff Armando Flores did not commit an assault and battery against the Defendant Robert Browning on August 21, 2011; and the jury having awarded damages to the Plaintiff Armando

Flores in the amount of $1,160,000.00 for Pain, Suffering, Disability, Impairment and Loss of Enjoyment of Life; $65,583.61 in past medical expenses; $35,352.52 in future medical expenses for a total of $1,260,936.13, and the jury having awarded $580,000.00 in damages to Plaintiff Melinda Flores for the loss of her spouse's services, society and consortium; and, the jury having further deliberated and awarding $500,000.00 in punitive damages as to Defendant Robert Browning,

It is on this _____ day of _November_ 2015;

ORDERED, that judgment be and hereby is entered against Robert Browning and 38-36 Greenville Avenue, LLC, jointly and severally on behalf of Plaintiff Armando Flores in the amount of $1,260,936.13, plus pre-judgment interest in the amount of $4,957.05 as pain and suffering and past medical expenses for a total judgment of $1,265,893.18; and it is further

ORDERED, that judgment be and hereby is entered Robert Browning and 38-36 Greenville Avenue, LLC, jointly and severally on behalf of Plaintiff Melinda Flores in the amount of $580,000.00 plus pre-judgment interest in the amount of $3,244.44 for a total judgment of $583,244.44; and it is further

ORDERED, that a judgment for punitive damages be and hereby is entered on behalf of the Plaintiffs against Defendant Robert Browning in the amount of $500,000.00 plus pre-judgment interest in the amount of $2,794.14 for a total judgment of $502,794.14; and it is further

ORDERED, that post-judgment interest shall accrue on this judgment; and it is further

ORDERED, that a copy of this order of judgment be served on all interested parties within __ days of the entry of same.

_No opposition was received to the proposed form of order by certain defendant._

JEFFREY R. JABLONSKI, J.S.C.                    J.S.C.

Zavodnick, Perlmutter & Boccia, LLC
26 Journal Square, Suite 1102
Jersey City, New Jersey 07306

XRAYED

Honorable Stacey L. Meisel,
U.S.B.C.
United States Bankruptcy Judge
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

0710283569 C014

Zavodnick, Perlmutter & Boccia, LLC
26 Journal Square, Suite 1102
Jersey City, New Jersey 07306

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 07306
02 7H
0006008942    APR 06 2026

$ 001.03°

Honorable Stacey L. Meisel, U.S.B.C.
United States District Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102